```
              UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF NORTH CAROLINA
                      WESTERN DIVISION

                     No. 5:12-CR-300-FL
                     No. 5: 15-CV-673-FL
```

**GERALD WAYNE O'NEAL,**

       Petitioner

v.                                   **ORDER ON MOTION TO FOR LEAVE TO FILE AMENDED RESPONSE TO GOVERNMENT'S MOTION TO DISMISS**

**UNITED STATES OF AMERICA,**

       Respondent.

FOR GOOD CAUSE shown, it is hereby ordered that Counsel for the Petitioner shall have until April 18, 2016 to file an amended/corrected response to the Government's Motion to Dismiss and the response time for the Government to respond to the Petitioner's Amended Response is hereby extended to May 2, 2016.

SO ORDERED, this the 14th day of April, 2016.

_____
LOUISE W. FLANAGAN
United States District Judge